# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXIOM METALS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-605 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| FE RAIL, LLC d/b/a FE RAIL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the Joint Status Report (Doc. 29), in which Counsel for Defendant renew their previously filed Motion to Withdraw (**Doc. 26**), and for the reasons stated therein, that Motion is **GRANTED**. Also, given Counsel's inability to elicit a response from Defendant, and the prohibition against a corporate entity proceeding in federal court without counsel, *see* Evanston Ins. Co. v. Layne Thomas Builders, Inc., 2010 WL 1213433, *2 (D. Del. Mar. 26, 2010) (holding same, citation omitted); Thompson v. Wyrks Tool and Mach. Ltd, 2010 WL 3008608 (W.D. Pa. 2010) ("[C]orporations may not proceed in federal court '*pro se*.'"), Plaintiff shall either, (a) file a motion for default judgment, or (b) move for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2), by **July 14, 2023**. Finally, Mr. Brad A. Funari, Esq., is directed to serve Defendant with a copy of this Order via certified mail and electronic mail by **June 26, 2023**, and file the appropriate proof of service with the Court by **June 30, 2023**.

**IT IS SO ORDERED.**

June 22, 2023                                                     s/Cathy Bissoon
                                                                            Cathy Bissoon
                                                                            United States District Judge

cc (via ECF email notification):
All Counsel of Record